# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keytonn Alonso,<br><br>        Plaintiff,<br><br>v.<br><br>KDM Technology Services LLC, et al.,<br><br>        Defendants. | No. CV-20-00669-PHX-DLR<br><br>**STIPULATED JUDGMENT** |

The Court having reviewed the parties' Stipulation for Judgment (Doc. 40), and good cause appearing;

**IT IS ORDERED** entering judgment in favor of Plaintiff Keytonn Alonso and against Defendants KDM Technology Services, LLC, Mandy Riechel and Douglas Riechel in the amount of $35,000.00, with credit for any sums paid pursuant to the Parties' Confidential Release and Settlement Agreement executed on October 28, 2020, plus interest thereon at the rate of fifteen percent (15.0%) per annum from the date of Judgment until paid in full.

Dated this 13th day of January, 2021.

Douglas L. Rayes
United States District Judge